Spang Industries, Inc., Appellant, *v.* C. J.
Langenfelder & Son, Inc.

Argued November 16, 1972.   *William T.
Marsh,* for appellant; *C. Arthur Wilson, Jr.,* with him
*Frank A. Sinon, Eckert, Seamans, Cherin & Mellott,* and
*Rhoads, Sinon & Reader,* for appellees.

OPINION PER CURIAM: The order sustaining preliminary objections to plaintiff's (appellant's) complaint
is affirmed, with the proviso that the complaint is not
dismissed, but a stay of the action in the court below
shall be granted, pending further proceedings.

WATKINS, J., absent.


Staudt, Appellants, *v.* Gosh.

Argued November 14, 1972.
*John A. Tumolo,* with him *William J. Murray,* for appellants; *David B. Fawcett, Jr.,* with him *Daniel P.
Stefko,* and *Dickie, McCamey & Chilcote,* for appellee.
Order affirmed.